# Exhibit A



### State of Connecticut Judicial Branch
# Superior Court Case Look-up



Superior Court Case Look-up
  Civil/Family
  Housing
  Small Claims
Attorney/Firm Juris Number Look-up
Case Look-up
  By Party Name
  By Docket Number
  By Attorney/Firm Juris Number
  By Property Address
Short Calendar Look-up
  By Court Location
  By Attorney/Firm Juris Number
  Motion to Seal or Close
  Calendar Notices
Court Events Look-up
  By Date
  By Docket Number
  By Attorney/Firm Juris Number
Pending Foreclosure Sales
Understanding
Display of Case Information
Contact Us



Comments

**NNH-CV18-6085002-S**    **ERRATO, ROBERT v. AMERICAN EXPRESS COMPANY Et Al**

**Prefix/Suffix:** [none] **Case Type:** M90   **File Date:** 09/25/2018   **Return Date:** 10/02/2018

Case Detail   Notices   History   Scheduled Court Dates   E-Services Login   Screen Section Help   ▶

To receive an email when there is activity on this case, click here.

Information Updated as of: 09/28/2018

| Case Information |
|---|
| **Case Type:** M90 - Misc - All other |
| **Court Location:** NEW HAVEN JD |
| **List Type:** No List Type |
| **Trial List Claim:** |
| **Last Action Date:** 09/25/2018 (The "last action date" is the date the information was entered in the system) |

| Disposition Information |
|---|
| **Disposition Date:** |
| **Disposition:** |
| **Judge or Magistrate:** |

| Party & Appearance Information |
|---|

| Party | No Fee Party | Category |
|---|---|---|
| **P-01 ROBERT ERRATO** **Attorney:** BILLER SACHS ZITO & LEMOULT (409077) File Date: 09/25/2018 !NEW 2750 WHITNEY AVENUE HAMDEN, CT 06518 | | Plaintiff |
| **D-01 AMERICAN EXPRESS COMPANY** Non-Appearing | | Defendant |
| **D-02 LINKEDIN CORPORATION** Non-Appearing | | Defendant |
| **D-03 GOOGLE, LLC** Non-Appearing | | Defendant |
| **D-04 DAVID WHITAKER** Non-Appearing | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🖉 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | | | **Motions / Pleadings / Documents / Case Status** | |
| 100.30 | 09/25/2018 | P | **SUMMONS** 📝 ❗NEW | No |
| 100.31 | 09/25/2018 | P | **COMPLAINT** 📝 ❗NEW | No |
| 100.32 | 09/25/2018 | P | **RETURN OF SERVICE** 📝 ❗NEW | No |

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | **Scheduled Court Dates as of 09/27/2018** | |
| | | | **NNH-CV18-6085002-S - ERRATO, ROBERT v. AMERICAN EXPRESS COMPANY Et Al** | |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed.  To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil⧉ or family⧉ standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up⧉ page and Short Calendars By Juris Number⧉ or By Court Location⧉.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Attorneys | Case Look-up | Courts | Directories | EducationalResources | E-Services | FAQ's | Juror Information | News & Updates | Opinions | Opportunities | Self-Help | Home

Common Legal Terms | Contact Us | Site Map | Website Policies

Copyright © 2018, State of Connecticut Judicial Branch

Page Created on 9/28/2018 at 11:30:22 AM

**SUMMONS - CIVIL**
JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 235 Church Street, New Haven, CT  06510 | ( 203 )503-6800 | October          2 , 2 018 <br> Month        Day      Year |

| | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* |
|---|---|---|
| ☒ Judicial District <br> ☐ Housing Session      ☐ G.A. Number: | New Haven | Major: **M**      Minor: **90** |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented  *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Biller, Sachs, Raio & Zito | 409077 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 203 ) 281-1717 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☐ Yes  ☒ No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: **1** | Number of Defendants: **4** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| First Plaintiff | Name: **ERRATO, ROBERT** <br> Address: **155 Chestnut Lane, Hamden, CT  06518** | P-01 |
| Additional Plaintiff | Name: <br> Address: | P-02 |
| First Defendant | Name: **AMERICAN EXPRESS COMPANY**      c/o Agent For Service: C T Corporation System <br> Address: **200 Vesey Street, New York, NY  10285**      67 Burnside Ave East, Hartford, CT  06108 | D-01 |
| Additional Defendant | Name: **LINKEDIN CORPORATION**      c/o Agent For Service: Corporation Service Company <br> Address: **1000 West Maude Avenue, Sunnyvale, CA  94085**      50 Weston St, Hartford, CT  06120 | D-02 |
| Additional Defendant | Name: **GOOGLE, LLC**      c/o Agent For Service: Corporation Service Company <br> Address: **1600 Amphitheatre Pkwy, Mountain View, CA  94043**      50 Weston St, Hartford, CT  06120 | D-03 |
| Additional Defendant | Name: **WHITAKER, DAVID** <br> Address: **63 Summit Avenue, Winthrop, MA  02152** | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☒ Commissioner of the Superior Court <br> ☐ Assistant Clerk | Name of Person Signing at Left <br> JEFFREY M. SACHS | Date signed <br> 08/28/2018 |
|---|---|---|---|

| If this Summons is signed by a Clerk: <br> a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. <br> c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | *For Court Use Only* <br> File Date |
|---|---|

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|

ORIGINAL

**Instructions**
1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

    (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
    (b) Summary Process actions
    (c) Applications for change of name
    (d) Probate appeals
    (e) Administrative appeals

    (f) Proceedings pertaining to arbitration
    (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
    (h) Entry and Detainer proceedings
    (i) Housing Code Enforcement actions

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

---

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| **Contracts** | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| **Eminent Domain** | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| **Miscellaneous** | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| **Housing** | H 10 | Housing  - Return of Security Deposit |
| | H 12 | Housing  - Rent and/or Damages |
| | H 40 | Housing  - Audita Querela/Injunction |
| | H 50 | Housing  - Administrative Appeal |
| | H 60 | Housing  - Municipal Enforcement |
| | H 90 | Housing  - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| **Property** | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| **Torts (Other than Vehicular)** | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| **Wills, Estates and Trusts** | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

```
RETURN DATE:  OCTOBER 2, 2018      :     SUPERIOR COURT
                                   :
ERRATO, ROBERT                     :     J.D. OF NEW HAVEN
                                   :
     VS.                           :     AT NEW HAVEN
                                   :
AMERICAN EXPRESS COMPANY           :
LINKEDIN CORPORATION;              :
GOOGLE, LLC; AND                   :
WHITAKER, DAVID                    :     AUGUST 28, 2018
```

## COMPLAINT

**FIRST COUNT** **(Directed against the defendant, American Express)**

    1.   The plaintiff, Robert Errato, resides at 155 Chestnut Lane, Hamden, Connecticut.

    2.   The defendant, American Express Company, is a New York Corporation with a place of business at 200 Vesey Street, New York, New York.

    3.   The defendant, Linkedin Corporation, is a Delaware Corporation registered to do business in the State of Connecticut, with a place of business at 1000 West Maude Avenue, Sunnyvale, California.

    4.  The defendant, Google, LLC is a Delaware Limited Liability Company registered to do business in the State of Connecticut, with

a place of business at 1600 Amphitheatre Parkway, Mountain View, California.

5.   The defendant, David Whitaker, is an individual residing at 63 Summit Avenue, Winthrop, Massachusetts.

6.   At all times relevant hereto, the defendant, American Express Company ("AMEX") was and is engaged in the business of being a credit card issuer, generating revenue from merchant fees on account of customer use of its credit cards, as well as fees from customers by way of annual fees, interest and other charges.

7.   At all times relevant hereto, the defendant, Linkedin Corporation, was and is engaged in the business of providing an online network in which professionals and businesses can engage with each other for professional, business or social purposes. Currently, the Linkedin network has more than 562 million online users.

8.   At all times relevant hereto, the defendant, Google, LLC, was and is engaged in the business of providing internet related services and products, including but not limited to online advertising products and services.  One of the services provided by

2

the defendant, Google, LLC, is a service known as "Google Ads", and "Google Adwords" which is an online advertising service where advertisers pay to display advertisements and video content to consumers viewing web pages.

9.    At all times relevant hereto, the plaintiff was a holder of an American Express Platinum Card, issued by the defendant, American Express pursuant to a so-called "Cardmember Agreement", bearing account number ending in 6005.

10.    At all times relevant hereto, the plaintiff was also a holder of an American Express Business Gold Card, issued by the defendant pursuant to a so-called "Cardmember Agreement", bearing account number ending in 5005.

11.    Pursuant to the terms of the Cardmembers Agreement, the plaintiff was responsible for paying charges made by the plaintiff, or authorized by the plaintiff.

12.    During the period from September, 2014 through and including 2016, unauthorized and/or fraudulent charges were made to the plaintiff's American Express Account by an entity called ISODOC, Inc. d/b/a ISO Developers, or by its principals, agents, or

3

employees, which total in excess of SIX HUNDRED THOUSAND ($600,000.00) DOLLARS.

13. Pursuant to the terms of the Cardmember Agreements, the plaintiff properly disputed such charges with AMEX, claiming to be a victim of fraud and/or identity theft.

14. The defendant, AMEX, investigated the plaintiff's claim and dispute of such charges, which investigation revealed the following:

    (A) The principal of ISODOC, Mr. David Whitaker, was a convicted felon who was convicted for crimes pertaining to fraud and other crimes involving moral turpitude;

    (B) ISODOC and/or Mr. David Whitaker charged $41,000.00 to Google AdWords, where the plaintiff had not communicated directly with Google, nor had he ever authorized such a charge;

    (C) Google presented information to AMEX which AMEX claimed justified the charges as having been authorized by the plaintiff, and that therefore AMEX denied the plaintiff's request to chargeback the disputed charges to ISODOC.

4

Such information consisted of documentation stating that the plaintiff was "Project Manager" of ISO Developers, as well as a Linkedin profile listing the plaintiff as "Project Manager of ISO Developers".

(D)   In fact, the plaintiff was not in any way affiliated with ISO Developers or ISODOC, was never employed by it, has never set up a Linkedin Account, and was not aware that any Linkedin Account in his name had ever been created.

(E)   Hundreds of Thousand of Additional unauthorized charges for personal purchases such as clothing, event tickets, gym memberships, advertising-services, computers and technology equipment was all fraudulently charged to the plaintiff's two AMEX accounts by ISODOC, David Whitaker and/or its principals or employees, for which the plaintiff never received any product or benefit.

15.   Based upon the incorrect and fraudulent information provided to AMEX by Google and Linkedin, AMEX failed and refused to reverse the charges and charge back the accounts to the Merchant,

ISODOC and/or ISO Developers, who by this time had filed a Bankruptcy Petition in Boston, Massachusetts.

16. The defendant, AMEX, has breached the respective Cardmember Agreements, by holding the plaintiff responsible for hundreds of thousands of charges not made or authorized by the plaintiff.

**SECOND COUNT (Directed against the defendant, American Express)**

1. - 15. Paragraphs 1 through 15 of the FIRST COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 15 of the SECOND COUNT.

16. The defendant, AMEX, owed a duty of reasonable care to the plaintiff in its decisions whether to honor credit card transactions, and whether to honor disputes for reversals of unauthorized credit card charges.

17. The defendant, AMEX, violated its duty owed to the plaintiff in one or more of the following respects:

(A) By continuing to honor unauthorized credit card charges without alerting the plaintiff to such fraudulent activity;

6

(B)   By failing to reverse unauthorized credit card charges when the plaintiff presented evidence that the information provided to AMEX by Google was fraudulent, and was in fact part of an elaborate scheme to connect the plaintiff to ISODOC and ISO Developers so as to cause AMEX to refuse to reverse the unauthorized charges;

(C)   When the defendant's investigation revealed that a central character in all of the disputed charges was Mr. David Whitaker, who AMEX knew or should have known was a convicted felon who for many years was involved in fraudulent activity and acts involving moral turpitude, by continuing to honor fraudulent charges and continuing to hold the plaintiff responsible for fraudulent and unauthorized charges.

18.   The plaintiff has been damaged or a result of the breach of duty owed by American Express.

7

**THIRD COUNT** **(Directed against the defendant, American Express).**

1. - 17.   Paragraphs 1 through 17 of the SECOND COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 17 of the THIRD COUNT.

18.  Once the defendant, AMEX, became aware of the fraud being committed against the plaintiff by Mr. David Whitaker, and/or by ISODOC and/or ISO Developers, the defendant, AMEX, participated in the perpetuation of the fraud against the plaintiff, by continuing to honor the fraudulent charges being placed against the plaintiff's accounts, continuing to damage the plaintiff.

19.  Once the defendant, AMEX, knew or should have known that the disputed charges were fraudulent, the defendant became responsible for all fraudulent charges thereafter by virtue of the civil conspiracy between the defendant and the individuals or entities incurring the fraudulent charges on the plaintiff's accounts.

20.  The defendant, AMEX, is liable and responsible for the plaintiff's damages arising from the underlying tortious conduct with which AMEX agreed and participated.

**FOURTH COUNT** **(Directed against the defendant, American Express)**

1. - 15.   Paragraphs 1 through 15 of the FIRST COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 15 of the FOURTH COUNT.

16.   The acts or practices of the defendant, AMEX, as described in the FIRST COUNT and/or SECOND COUNT and/or THIRD COUNT, constitute Unfair Trade Practices pursuant to Connecticut General Statutes §42-110a in that the acts and activities of the defendant, AMEX, were immoral, unethical, oppressive or unscrupulous, were committed in the course of the defendant's trade or business, and caused substantial economic loss to the plaintiff.

17.   The defendant, AMEX, is liable and responsible for the plaintiff's costs, attorneys fees and punitive damages pursuant to Connecticut General Statutes §42-110g.

**FIFTH COUNT** **(Directed against the defendant, David Whitaker)**

1. - 15.   Paragraphs 1 through 15 of the FIRST COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 15 of the FIFTH COUNT.

16.   Jurisdiction is present against the defendant, David Whitaker, by virtue of Connecticut General Statutes §52-59b in that the defendant, David Whitaker, (a) transacted business in Connecticut; (b) committed a tortious act in Connecticut; or (c) committed a tortious act outside the state causing injury to the plaintiff within the State of Connecticut, and such defendant regularly did or solicited business within the State of Connecticut, or should reasonably expect his acts and activities to have consequences within this State and the defendant derived substantial revenue from interstate commerce.

17.   The fraudulent charges to the plaintiff's American Express accounts were perpetrated by the defendant, David Whitaker, in his individual capacity and in his capacity as a claimed authorized representative of ISODOC and ISO Developers.

18.   The charges to the defendant's American Express accounts perpetrated by the defendant, David Whitaker, were fraudulent, by virtue of the following:

(A) The defendant, David Whitaker, represented to the defendant, American Express, that such charges were legitimate and authorized by the plaintiff.

(B) The defendant, David Whitaker, knew or should have known that such charges were in fact illegitimate and not authorized by the plaintiff.

(C) The defendant, David Whitaker, made such representations in order to induce American Express to honor the charges paid by American Express, and to not reverse such charges which would cause American Express to try to disgorge Whitaker, ISODOC and ISO Developers of the funds wrongly paid to them by American Express.

(D) The plaintiff has been damaged as a result of the fraudulent charges perpetrated by the defendant, David Whitaker and paid by the defendant, American Express.

**SIXTH COUNT (Directed against the defendant, David Whitaker)**

1. - 18. Paragraphs 1 through 18 of the FIRST COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 18 of the SIXTH COUNT.

11

19.   The acts and activities of the defendant, David Whitaker, constitute theft pursuant to Connecticut General Statutes §52-564.

20.   The defendant, David Whitaker, is liable and responsible to the plaintiff for treble damages pursuant to Connecticut General Statutes §52-564.

**SEVENTH COUNT** **(Directed against the defendant, David Whitaker)**

1. - 18.   Paragraphs 1 through 18 of the THIRD COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 18 of the SEVENTH COUNT.

19.   The defendant, David Whitaker participated in the perpetration of a fraud against the plaintiff, by virtue of a civil conspiracy with the defendant, American Express and/or the defendant, Google, LLC and/or the defendant, Linkedin Corporation.

20.   The defendant, David Whitaker is liable and responsible for the plaintiff's damages arising from the underlying tortious conduct with which David Whitaker, American Express, Google and/or Linkedin participated.

12

**EIGHTH COUNT** **(Directed against the defendant, Google, LLC)**

1. - 15.   Paragraphs 1 through 15 of the FIRST COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 15 of the EIGHTH COUNT.

16.   The defendant, Google, LLC, owed a duty of reasonable care to the plaintiff in its decisions to accept charges for advertising services or products, and in its investigation of claimed unauthorized charges for its advertising services or products.

17.   The defendant, Google, LLC, violated its duty owed to the plaintiff in one or more of the following respects:

    (A)   By accepting advertising from a third party charged to the plaintiff;

    (B)   By failing to reverse such charges once such charges were disputed by the plaintiff;

    (C)   By presenting American Express false, fictitious and phony information that the plaintiff was "Project Manager" of ISO Developers, as well as a Linkedin profile

13

listing the plaintiff as "Project Manager of ISO Developers", under circumstances where even a cursory investigation would have revealed that such information was false, fictitious and phony;

(D)   Where the defendant, Google, LLC, knew or should have known that the defendant, David Whitaker, was responsible in this scheme to defraud the plaintiff, inasmuch as the defendant, David Whitaker, had previously in 2009 participated in illegal activities that cost Google $500 Million Dollars.

18.   The plaintiff has been damaged as a result of the breach of duty owed by Google, LLC.

**NINTH COUNT** **(Directed against the defendant, Google, LLC)**

1. - 17.   Paragraphs 1 through 17 of the THIRD COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 17 of the NINTH COUNT.

18.   The defendant, Google, LLC participated in the perpetration of a fraud against the plaintiff, by virtue of a civil

14

conspiracy with the defendant, David Whitaker and/or American Express and/or the defendant, Linkedin Corporation.

19.   The defendant, Google, LLC is liable and responsible for the plaintiff's damages arising from the underlying tortious conduct with which Google, LLC, David Whitaker, American Express and/or Linkedin Corporation participated.

**TENTH COUNT (Directed against the defendant, Linkedin Corporation)**

1. - 15.   Paragraphs 1 through 15 of the FIRST COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 15 of the TENTH COUNT.

16.   The defendant, Linkedin Corporation, owed a duty of reasonable care to the plaintiff in its allowance of individuals or businesses to set up Linkedin profiles on its website, and in its obligation to remove false, fictitious and/or phony profiles on its website.

17.   Upon learning that Google had produced a false, fictitious and phony Linkedin profile to American Express, the plaintiff immediately notified Linkedin of the presence of such false profile.

15

18.   Notwithstanding numerous demands by the plaintiff to remove such false profile from the Linkedin website, the defendant, Linkedin, failed and refused to delete the false profile and/or to notify Google and/or American Express that such profile should not be relied upon as truthful or accurate.

19.   The defendant, Linkedin Corporation, violated its duty owed to the plaintiff in one or more of the following respects:

(A)   By allowing unverified individuals to establish Linkedin profiles on its website without investigation of any kind as to the truthfulness or accuracy of the information contained therein;

(B)   By failing and refusing to remove or delete such profiles once its attention had been brought to the fact that such profiles were false, fictitious and phony;

(C)   By its complete disregard for the truth and accuracy of the information contained on Linkedin and to the persons who are harmed by false, fictitious and phony Linkedin profiles.

16

18.   The plaintiff has been damaged by virtue of the breach of duty owed by the defendant, Linkedin Corporation.

**ELEVENTH   COUNT   (Directed   against   the   defendant,   Linkedin Corporation)**

1. - 17.   Paragraphs 1 through 17 of the THIRD COUNT are incorporated herein and are hereby realleged as Paragraphs 1 through 17 of the ELEVENTH COUNT.

18.   The defendant, Linkedin Corporation, participated in the perpetration of a fraud against the plaintiff, by virtue of a civil conspiracy with the defendants, David Whitaker and/or American Express and/or Google, LLC.

19.   The defendant, Linkedin Corporation, is liable and responsible for the plaintiff's damages arising from the underlying tortious conduct with which Google, LLC, David Whitaker, American Express and/or Linkedin Corporation participated.

17

**TWELFTH COUNT** (Directed against the defendants, Linkedin Corporation, Google, LLC and David Whitaker)

1. The acts or participation of David Whitaker, Google, LLC and/or Linkedin Corporation described in the FIFTH COUNT through ELEVENTH COUNT inclusive, constitute Unfair Trade Practices pursuant to Connecticut General Statutes §42-110a, in that the acts and activities of the said defendants were immoral, oppressive or unscrupulous, were committed in the course of the respective defendants' trades or businesses, and caused substantial economic loss to the plaintiff.

2. The defendants are liable and responsible for the plaintiff's costs, attorneys fees and punitive damages pursuant to Connecticut General Statutes §42-110g.

THE PLAINTIFF

By: _____

JEFFREY M. SACHS
BILLER, SACHS, RAIO & ZITO
2750 WHITNEY AVENUE
HAMDEN, CT 06518
(203) 281-1717
(203) 281-7887 (Fax)
JURIS NO.: 409077

18

```
RETURN DATE:  OCTOBER 2, 2018      :     SUPERIOR COURT
                                   :
ERRATO, ROBERT                     :     J.D. OF NEW HAVEN
                                   :
     VS.                           :     AT NEW HAVEN
                                   :
AMERICAN EXPRESS COMPANY           :
LINKEDIN CORPORATION;              :
GOOGLE, LLC; AND                   :
WHITAKER, DAVID                    :     AUGUST 28, 2018
```

### PRAYER FOR RELIEF

WHEREFORE, the plaintiff claims:

1.   Money Damages;

2.   Costs and Attorneys Fees;

3.   Punitive Damages pursuant to Connecticut General Statutes §42-110g.

4.   Treble Damages pursuant to Connecticut General Statutes §52-564.

The amount in demand is greater than $15,000.00.

THE PLAINTIFF

By_____

JEFFREY M. SACHS
BILLER, SACHS, RAIO & ZITO
2750 WHITNEY AVENUE
HAMDEN, CT 06518
(203) 281-1717
(203) 281-7887 (Fax)
JURIS NO.: 409077

STATE OF CONNECTICUT}

       } SS:  EAST HARTFORD,   AUGUST 31, 2018

COUNTY OF HARTFORD   }


  Then and by virtue hereof on the 31st day of August, 2018, I made due and legal service on the within named Defendant, **AMERICAN EXPRESS COMPANY,** by leaving a verified true and attested copy of the within original **Writ, Summons, Complaint and Prayer For Relief,** with and in the hands of Gary Scappini, duly authorized to accept service for CT Corporation System, Agent For Service for said Defendant, at 67 Burnside Avenue, in the Town of East Hartford.

  Afterwards on the 31st day of August, 2018, I made due and legal service on the within named Defendant, **LINKEDIN CORPORATION,** by leaving a verified true and attested copy of the within original **Writ, Summons, Complaint and Prayer For Relief,** with and in the hands of Lisa Maglieri, Special Assistant for Corporation Service Company, Agent For Service for said Defendant, at 50 Weston Street, in the City of Hartford.

  Also on the 31st day of August, 2018, I made due and legal service on the within named Defendant, **GOOGLE, LLC,** by leaving a verified true and attested copy of the within original **Writ, Summons, Complaint and Prayer For Relief,** with and in the hands of Lisa Maglieri, Special Assistant for Corporation Service Company, Agent For Service for said Defendant, at 50 Weston Street, in the City of Hartford.

  Afterwards on the 31st day of August, 2018, I made due and legal service on the within named Defendant **DAVID WHITAKER,** by leaving a verified true and attested copy of the original **Writ, Summons, Complaint and Prayer For Relief,** with and in the hands of the clerk in charge of the office of Denise Merrill, Secretary of State for the State of Connecticut. Said Secretary of State is the duly authorized agent to accept service for the within named Defendant, in the City of Hartford. (C.G.S. 52-59b)

  Afterwards on the 31st day of August, 2018, I deposited in the Post Office in Hartford, postage paid and certified, return receipt requested, a verified true and attested copy of the within original **Writ, Summons, Complaint and Prayer For Relief,** with my doings thereon endorsed, addressed to the within Defendant, **David Whitaker,** 63 Summit Avenue, Winthrop, MA 02152. (CGS 52-59b)

SUPPLEMENTAL RETURN TO FOLLOW

The within is the original **Writ, Summons, Complaint and Prayer For Relief,** with my doings hereon endorsed.

FEES:

| | |
|---|---|
| Pages | $ 105.00 |
| Endorsements | 6.40 |
| Service | 140.00 |
| Travel | 10.40 |
| Sec. State | 50.00 |
| Postage | 8.04 |
| | |
| Total | $ 319.84 |

ATTEST:

ROLAND E. MAILLOUX
STATE MARSHAL
HARTFORD COUNTY