**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ROBERT ERRATO, | : | Civil Action No. 18-cv-1634 |
| Plaintiff, | : | |
| vs. | : | |
| AMERICAN EXPRESS COMPANY, LINKEDIN CORPORATION, GOOGLE, LLC | : | SEPTEMBER 28, 2018 |
| and | : | |
| DAVID WHITAKER, | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Please enter an appearance for Jonathan B. Tropp as counsel for Defendant Google, LLC.

Respectfully submitted,

/s/ Jonathan B. Tropp
Jonathan B. Tropp (ct11295)
Day Pitney LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7337 (phone)
(203) 901-1733 (fax)
jbtropp@daypitney.com
Counsel for Google, LLC

-2-

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jonathan B. Tropp
Jonathan B. Tropp

-2-